


UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MICHAEL STEVEN KING,<br><br>Petitioner,<br><br>v.<br><br>PAUL BRAZELTON, Warden,<br><br>Respondent. | Case No. CV 13-1019-DSF (DFM)<br><br>JUDGMENT |

   Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

   IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

Dated: 11/15/13

HON. DALE S. FISCHER
United States District Judge